IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN L. LUECK,

    Plaintiff,

v.

    Case No.  18-cv-40-jdp

LACROSSE COUNTY, KEITH BACK,
DENNIS OSGOOD, TIM HAMMES,
STEVE O'MALLEY, ROBERT TAUNT,
DAVID LANGE, TIM GRUENKE, AND
TARA JOHNSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

11/18/2020
Date